United States District Court
Southern District of Texas
**ENTERED**
December 06, 2022
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JAMES R. HALL | § |
| | § |
| VS | §   CIVIL ACTION NO. 4:22-2441 |
| | § |
| REVERSE MORTGAGE FUNDING, LLC | § |

### ORDER STAYING CASE

Defendant/Counter-Plainiff Reverse Mortgage Funding, LLC has filed a Suggestion of Bankruptcy (Doc. No. 10), stating that on November 30, 2022, Defendant Reverse Mortgage Funding, LLC filed a voluntary petition under Chapter 11 of the United States Bankruptcy Code under Case No. 22-11224-MFW in the United States Bankruptcy Court for the District of Delaware.

When a bankruptcy petition is filed, an automatic stay operates as a self-executing injunction. The stay prevents creditors from taking any collection actions against the debtor or the property of the debtor's estate for pre-petition purposes. 11 U.S.C. § 362(a). It is therefore

**ORDERED** that this case is **STAYED**. All pending motions are **DENIED as MOOT**, but may be summarily re-urged if the automatic stay is lifted.

SIGNED at Houston, Texas, this ___6th___ day of December 2022.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE