# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| **JAMES R. HALL,** § | |
| § | |
| Plaintiff/Counter-Defendant, § | |
| § | |
| v. § | |
| § | |
| **CELINK,** § | Civil Action No. 4:22-cv-02441 |
| § | |
| Defendant/Counter-Plaintiff/Third-Party Plaintiff § | |
| § | |
| v. § | |
| § | |
| **JANICE PRATER AND CONSTANCE HINES** § | |
| § | |
| Third Party-Defendants § | |

## SUGGESTION OF DEATH

Celink (Defendant/Counter-Plaintiff/Third-Party Plaintiff) respectfully informs the Court that Plaintiff/Counter-Defendant James R. Hall died on or about October 16, 2024. (*See Exhibit A*). Upon information and belief, no probate matter is open for James R. Hall, Deceased. The parties have 90 days to move for substitution as needed as provided by Rule 25(a)(1).

Respectfully submitted,

By: */s/ Nicholas M. Frame*
**NICHOLAS M. FRAME**
Texas Bar No. 24093448
Southern District No. 3121681
nframe@mwzmlaw.com

**MACKIE WOLF ZIENTZ & MANN, P.C.**
14160 N. Dallas Parkway, Suite 900
Dallas, Texas 75254
214-635-2650 (Phone)
214-635-2686 (Fax)

**ATTORNEYS FOR CELINK**

**CERTIFICATE OF SERVICE**

    I hereby certify that a true and correct copy of the foregoing document was served on February 4, 2025 as stated below on the following counsel of record:

*Via ECF notification*:
Derek H. Deyon
The Deyon Law Group, PLLC
440 Louisiana Street, Suite 900
Houston, Texas 77002
ddeyon@deyonlawgroup.com
*Attorney for Plaintiff*

                                                  */s/ Nicholas M. Frame*
                                                  **NICHOLAS M. FRAME**